# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCO MALDONADO,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | |
| | : | **No. 22-cv-3474** |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| *Defendant*. | : | |

### O R D E R

**AND NOW**, this **1st** day of **December 2022**, upon consideration of Defendant's Motion to Dismiss (ECF No. 10), and Plaintiff's Amended Complaint (ECF No. 14), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 10) is **DENIED** as moot.

It is further **ORDERED** that responsive pleading(s) to the Amended Complaint (ECF No. 14) is due on or before **December 14, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**