IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCO MALDONADO,** | : |
| Plaintiff, | : CIVIL ACTION |
| | : No. 2:22-cv-3474 |
| v. | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| Defendants | : |

## SUGGESTION OF DEATH

Undersigned counsel in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Plaintiff Marco Maldonado died in October 2023.

Date: January 9, 2024                    Respectfully submitted,

*/s/ Bailey E. Axe*
**BAILEY E. AXE, ESQUIRE**
Deputy City Solicitor
Pa. Attorney ID No. 309686
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5443

*Attorney for Defendants the City of Philadelphia, Michael Cahill, Bruce Dougherty, and Bruce DeNoble*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO MALDONADO, : | |
| : | CIVIL ACTION |
| Plaintiff, : | No. 2:22-cv-3474 |
| : | |
| v. : | |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the foregoing Suggestion of Death has been electronically filed and is available for viewing and downloading.

Date: January 9, 2024

*/s/ Bailey E. Axe*
**BAILEY E. AXE, ESQUIRE**
Deputy City Solicitor
Pa. Attorney ID No. 309686
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5443
bailey.axe@phila.gov

*Attorney for Defendants the City of Philadelphia, Michael Cahill, Bruce Dougherty, and Bruce DeNoble*