IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF MARCO ANTONIO MALDONADO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3474 |
| | : | |
| **CITY OF PHILADELPHIA, DETECTIVE MICHAEL CAHILL, OFFICER BRUCE DOUGHERTY, OFFICER BRUCE DENOBLE, A.D.A. JOHN DOES** | : : : : | |

# ORDER

AND NOW, this 17th day of May 2024, upon considering defendants' motion for reconsideration (DI 47), and plaintiff's motion to compel defendants' deposition (DI 49), it is **ORDERED**:

1. Any opposition to defendants' motion for reconsideration (DI 47) shall be filed no later than **May 20, 2024**.

2. Any remaining discovery motions shall be filed no later than **May 20, 2024**. Any remaining oppositions shall be filed no later than **May 21, 2024**.

3. The parties shall submit a complete schedule of dates certain for all remaining discovery events, whether jointly agreed or separately proposed, no later than **May 21, 2024**.

4. We will hold a case management videoconference to reach final resolution of all discovery disputes and set a final schedule over Microsoft Teams on **May 22, 2024** at **11:30A.M.** and will send a videoconference link by e-mail to all counsel of record.

MURPHY, J.