IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**ESTATE OF MARCO ANTONIO MALDONADO**

        Plaintiff,

v.

**CITY OF PHILADELPHIA, et al.**

        Defendants.

No. 2:22-cv-3474

---

## PROPOSED SCHEDULE WITH DATES CERTAIN

Pursuant to this court's order of May 17, 2024, Plaintiff proposes the following pretrial schedule with dates certain shall apply to this action:

| | |
|---|---|
| Fact Discovery Deadline | June 27, 2024 |

- Proposed Date of Depositions
    - Defendant, Bruce Dougherty- May 31, 2024 at 2 pm
    - Defendant, Bruce DeNoble- June 4, 2024 at 2 pm
    - Detective Herberto Aponte- June 6, 2024 at 10 am
    - Richard Henderson-June 6, 2024 at 2 pm
    - Campolongo June 11, 2024 at 10 am
    - Javiar Maldonado- June 12, 2024 10 am
    - Jennifer Merrigan- June 13, 2024 10 am

| | |
|---|---|
| All Expert Discovery | September 12, 2024 |
| Affirmative Expert Reports | July 18, 2024 |
| Responsive Expert Reports | August 22, 2024 |
| Motions for Summary Judgment | September 26, 2024 |

Date: May 21, 2024

                                            Respectfully Submitted,

                                            <u>/s/Zainab Khadija Shields, Esquire</u>
                                            Zainab Khadija Shields, Esquire
                                            Attorney for Plaintiffs
                                            1650 Market Street, 36th Floor
                                            Philadelphia, PA 19103
                                            phone  215-587-0006
                                            fax     215-587-0628